JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. KELLIE C. BRIMBERRY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WEST COAST LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | CASE NO. 2:13-cv-00211-RSWL-AJW<br><br>[Hon. Ronald S.W. Lew]<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having reviewed and considered the joint stipulation of the parties, it is **HEREBY ORDERED THAT**:

(1) The above captioned action is dismissed in its entirety with prejudice;

(2) All claims against West Coast Life Insurance Company arising from or relating to West Coast Life Insurance Company Policy No. Z02619055 (the "Policy") are hereby released and discharged, and West Coast Life Insurance Company has no further obligations under the Policy; and

(3) Each party will be responsible for its own attorneys' fees and costs.

So **ORDERED** this the 13th day of December, 2013.

                                     RONALD S.W. LEW
                                     HON. RONALD S.W. LEW
                                     Senior U.S. District Judge

{02609403.1}